IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-00003 SEK

MARAIDA I FELIX RODRIGUEZ

Chapter 13

XXX-XX-7803

FILED & ENTERED ON 07/09/2009

Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

    Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b).  The case has not been previously converted.

    **WHEREFORE**, Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $100.00.

    The Clerk will close all proceedings, vacate any hearing date and notify this Order.

    San Juan, Puerto Rico, this 09 day of July, 2009.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

c: ALL CREDITORS

    DEBTOR (S)
    ADELA L TORRUELLA
    ALEJANDRO  OLIVERAS RIVERA